# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ALABAMA
# MIDDLE DIVISION

| | |
|---|---|
| ABDUL BASED, | ) |
| Petitioner, | ) |
| v. | ) Case No.: 4:19-cv-01702-KOB-HNJ |
| WILLIAM BARR, et al., | ) |
| Respondents. | ) |

## MEMORANDUM OPINION

On October 23, 2019, the magistrate judge entered a report recommending Petitioner Abdul Based's motion for emergency temporary restraining order be denied as moot and this 28 U.S.C. § 2241 petition for writ of habeas corpus be dismissed without prejudice as duplicative. (Doc. 3). Although the magistrate judge advised Petitioner of his right to file specific written objections within fourteen days, the court has received no objections.

After careful consideration of the record in this case and the magistrate judge's report, the court hereby **ADOPTS** the report of the magistrate judge and **ACCEPTS** his recommendation. In accordance with the recommendation, the court finds that the motion for emergency temporary restraining order is due to be **DENIED** as **MOOT** and this case is due to be **DISMISSED WITHOUT PREJUDICE** as duplicative.

A separate order will be entered.

DONE and ORDERED this 26th day of November, 2019.

**KARON OWEN BOWDRE**
CHIEF UNITED STATES DISTRICT JUDGE